UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TOM C. GIBSON,<br><br>                    Petitioner,<br><br>     v.<br><br>BAINBRIDGE MENTAL HEALTH,<br><br>                    Respondent. | CASE NO. 3:21-cv-05641-BHS-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED December 10, 2021 |

The District Court has referred this matter to Chief United States Magistrate Judge J. Richard Creatura. The Court's authority for the referral is 28 U.S.C. § 636(b)(1)(A)–(B), and local Magistrate Judge Rules MJR3 and MJR4.

Tom Gibson submitted a filing to this Court on August 30, 2021, seeking "competent, 6th Amend. appellant defender," an "additional examiner," and "release to Resurrect Life Meritorious Relevance for examination[.]" Dkt. 1, at 1. Review of federal court electronic records available on PACER ("Public Access to Court Electronic Records") reveals that Gibson

REPORT AND RECOMMENDATION - 1

is the defendant in an open criminal case in the Western District of Texas, *United States v. Tom C. Gibson*, 6:19-cr-01169-ADA-1.

The Clerk's Office has docketed this matter as a habeas petition and, because Gibson did not request to proceed *in forma pauperis* ("IFP") or pay the $5 filing fee for a habeas petition, has sent him notices of filing deficiencies. Dkts. 1, 2, 6. However, Gibson has not filed a habeas petition in this matter. Moreover, although his allegations are difficult to decipher, he appears to be attempting to challenge his ongoing criminal proceedings in the Western District of Texas, which have not yet led to a final judgment. *See* Dkt. 1, at 2; *see also* Dkt. 1, at 6 (seeking to have the Court appoint an "additional examiner" to evaluated Gibson's competency in his criminal case); Dkt. 1, at 8 (listing his federal arrest date). Although he briefly cites to 28 U.S.C. § 2254, this appears to be in error, as that statute applies to one who is in custody pursuant to the judgment of a state court.

This Court lacks subject matter jurisdiction to intervene in criminal matters pending in another District Court. Nor can the Court grant relief in another pending action or direct another District Court to take any particular action. *E.g.*, *Bush v. United States*, No. 1:13-CV-384, 2013 WL 3287123, at *2 (S.D. Ohio June 28, 2013), *report and recommendation adopted*, No. 1:13-CV-384, 2013 WL 3776581 (S.D. Ohio July 17, 2013). Inasmuch as petitioner is requesting appointment of counsel in some unspecified appellate proceedings, he does not currently have any pending appellate proceedings. *See United States v. Gibson*, 20-51036 (5th Cir., action closed Aug. 18, 2021); *Tom C. Gibson v. United States*, 21-8027 (7th Cir., action closed Sept. 28, 2021).

For these reasons, this matter should be dismissed without prejudice for lack of subject matter jurisdiction, regardless of whether Gibson has corrected his filing deficiencies related to

REPORT AND RECOMMENDATION - 2

1  failure to request to proceed *in forma pauperis* or to pay the filing fee. Any pending motions
2  should be denied as moot. And Gibson should not be offered an opportunity to amend, since
3  amendment would be futile.
4      Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
5  fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
6  6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
7  review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a waiver of those
8  objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140, 142 (1985); *Miranda v.*
9  *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
10 imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on
11 December 10, 2021, as noted in the caption.
12     Dated this 23rd day of November, 2021.

                                            J. Richard Creatura
                                            Chief United States Magistrate Judge